# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RANDALL WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-CV-01196 HEA |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court upon the application of self-represented plaintiff Randall Woods to proceed without prepaying fees or costs. [ECF No. 2]. Based on the financial information provided in the application, the application will be granted. Plaintiff's filing fee will be waived.

Additionally, the Court will order the Clerk of Court to issue process or cause process to issue upon plaintiff's complaint as to defendant Experian Information Solutions, Inc., at the address of its registered agent: C.T. Corporation System, 5661 Telegraph Road, Ste. 4B, Saint Louis, Missouri, 63129.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's application to proceed in district court without prepaying fees or costs [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that that the Clerk of Court shall issue process or cause process to issue upon plaintiff's complaint as to defendant Experian Information Solutions, Inc., at the address of its registered agent: C.T. Corporation System, 5661 Telegraph Road, Ste. 4B, Saint Louis, Missouri, 63129.


**IT IS FURTHER ORDERED** that plaintiff's motion to expedite ruling on his application to proceed in forma pauperis [ECF No. 3] is **DENIED AS MOOT**.

Dated this 10th day of October, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE